UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

21 -CR-84 ( )( )

Dejon Jackson        Defendant(s).
-----------------------------------------------------------------X

Defendant _Dejon JACKSON_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


/s/ Dejon Jackson by JCM on consent
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Dejon JAckson
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

FRANCIS L. O'Reilly
_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_3/1/2021_____
Date

Judith C. McCarthy
_____
U.S. District Judge/U.S. Magistrate Judge