**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/21/2026
```

------------------------------------------x

UNITED STATES OF AMERICA                    :

            -against-                        :          **ORDER**

## Dejon Jackson                             :

                                             :        1:21-cr-00084-GHW-1

                                             :        _____

                                             :              Docket #

------------------------------------------x


## Gregory H. Woods,                    District Judge
_____
         Judge's Name


The C.J.A. attorney assigned to the related open matter, 25cr230,

## Carla Sanderson, Esq.
_____   is hereby ordered to assume

representation of the defendant in the above captioned matter,

NUNC-PRO-TUNC      December 11, 2025.
             _____.


                    **SO ORDERED**.


                    _____
                    UNITED STATES DISTRICT JUDGE


**Dated:** **January 20, 2026**
**New York, New York**